No. 690, Misc.   HOLDERFIELD *v.* RAGEN, WARDEN.   Circuit Court of Franklin County, Illinois.   Certiorari denied.

No. 691, Misc.   UNITED STATES EX REL. ROONEY ET AL. *v.* RAGEN, WARDEN.   C. A. 7th Cir.   Certiorari denied.

No. 692, Misc.   COLLINS *v.* DUFFY, WARDEN.   Supreme Court of California.   Certiorari denied.

*Rehearing Granted.   (See Nos. 386 and 443, supra.)*

*Rehearing Denied.*

No. 156.   DONOVAN *v.* QUEENSBORO CORPORATION ET AL.; and

No. 49, Misc.   DONOVAN *v.* QUEENSBORO CORPORATION ET AL., 335 U. S. 804.   Motion for leave to file petition for rehearing denied.

No. 513.   BURNHAM CHEMICAL CO. *v.* BORAX CONSOLIDATED, LTD. ET AL., 336 U. S. 924.   The motion for an extension of time within which to file a second petition for rehearing is denied.

No. 647.   MOMAND *v.* UNIVERSAL FILM EXCHANGES, INC. ET AL., 336 U. S. 967.   Second petition for rehearing denied.

No. 671.   WILLIAMS *v.* NEW YORK, 337 U. S. 241. Petition for rehearing and motion for a stay of mandate denied.

No. 708.   SONNESEN *v.* PANAMA TRANSPORT CO., 337 U. S. 919.   The motion to enlarge the time to file petition for rehearing is denied.